```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

GEORGE VASQUEZ,                  :
                                 :   Civil Action No. 07-3754(KSH)
        Plaintiff,           :
                                 :
                                 :
        v.                   :   **ORDER**
                                 :   (CLOSED)
LISA JANTZ, et al.,              :
                                 :
        Defendants.          :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this 30th day of November, 2007,

    ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by plaintiff to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted; and it is further

    ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden or Administrator at Northern State Prison in Newark, New Jersey, where plaintiff presently is confined; and it is further

    ORDERED that plaintiff is assessed a filing fee of $350.00 which shall be deducted from plaintiff's prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).


    /s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge